NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 04-0147


**VERNON BECHTEL, ET UX.**

**VERSUS**

**ERIC DAIGREPONT D/B/A CENLA METALS**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 210,818
HONORABLE DONALD THADDEUS JOHNSON, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**JOHN D. SAUNDERS**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED**

**Fred Andrew Pharis**
**PHARIS & PHARIS**
**831 DeSoto Street**
**Alexandria, LA 71301**